

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
KIMBERLY A NELSON, ESQ.
Nevada Bar No. 15295
E-mail: Kimberly.Nelson@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Swift Transportation Co. of Arizona, LLC
dba Swift Leasing Co., LLC

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| Josh Arredondo, individually, and Martina Gomez De Arredondo, individually;<br><br>Plaintiffs,<br><br>vs.<br><br>Mauricio Garcia Guerrero, individually; Swift Transportation Co. of Arizona, LLC dba Swift Leasing Co., LLC a foreign corporation; Doe Individuals 1-20, inclusive; and Roe Corporations 1-20, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-1211<br><br>**Proposed Stipulated Discovery Plan and Scheduling Order; Submitted in Compliance with LR 26-1(b)** |
|---|---|

1. **Meeting**:  The parties conducted the Rule 26(f) conference July 11, 2024.

2. **Pre-Discovery Disclosures**:  The parties have not yet served their Rule 26(a)(1) disclosures.

3. **Discovery Plan**:  The parties propose the discovery period below, calculated from Swift Leasing Co., LLC's July 3, 2024, Petition for Removal.

| Amending the Pleadings and Adding Parties | October 1, 2024 |
|---|---|
| Initial Expert Disclosures & Interim Status Report | October 31, 2024 |
| Rebuttal Expert Disclosures | December 2, 2024 |
| Discovery Closes | December 30, 2024 |
| Dispositive Motions | January 29, 2025 |

298697228v.1

| Pre-Trial Order, if no Dispositive Motions | February 28, 2025 |

The parties certify that they have conferred about the possibility of using alternative dispute resolution processes, but concluded they are not mutually beneficial at this time.

| DATED: July 12, 20224. | DATED: July 12, 2024. |
|---|---|
| **WILSON ELSER**<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br><br>*/s/ Kimberly A. Nelson, Esq.*<br>Michael P. Lowry, Esq.<br>Nevada Bar No. 10666<br>Kimberly A. Nelson, Esq.<br>Nevada Bar No. 15295<br>Attorneys for Swift Transportation Co. of Arizona, LLC dba Swift Leasing Co., LLC | DIMOPOULOS INJURY LAW<br><br>*/s/ Paul A. Shpirt, Esq.*___<br>Steve Dimopoulos, Esq.<br>Nevada Bar No. 12729<br>Paul A. Shpirt, Esq.<br>Nevada Bar No. 10441<br>Attorneys for Josh Arredondo and Martina Gomez De Arredondo |
|  | It is so ordered.<br><br>_____<br>UNITED STATES MAGISTRATE JUDGE |

DATED: 7/15/2024

-2-

298697228v.1