**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
KIMBERLY A. NELSON, ESQ.
Nevada Bar No. 15295
E-mail: Kimberly.Nelson@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Attorneys for Swift Transportation Co. of Arizona, LLC,
And Mauricio Garcia Guerrero

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Josh Arredondo, individually, and Martina Gomez De Arredondo, individually;<br><br>Plaintiffs,<br><br>vs.<br><br>Mauricio Garcia Guerrero, individually; Swift Transportation Co. of Arizona, LLC dba Swift Leasing Co., LLC a foreign corporation; Doe Individuals 1-20, inclusive; and Roe Corporations 1-20, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-1211<br><br>**Stipulation and Order to Extend Discovery [First Request]** |

### I.    Summary of Discovery Completed

The case was removed on July 8, 2024[1]. Both parties have served their disclosures, Plaintiff on September 27, 2024, and Defendants on July 11, 2024. The Order Granting the Stipulated Discovery Plan and Scheduling Order was filed on July 15, 2024[2]. Defendant served written discovery on Plaintiff July 11, 2024, and Plaintiff's responses were served September 27, 2024. Plaintiff served discovery on Defendants July 11, 2024, and Defendants response were served September 27, 2024. Plaintiff Josh Arredondo had a Rule 35 medical examination completed on August 1, 2024.

---

[1] ECF 1.
[2] ECF 9.

-1-

302759035v1
302759035v.1

-2-

1    ///

2    **II.    Discovery Remaining**

3    Now in receipt of HIPAA authorizations, Defendants will use Plaintiffs' medical records to

4    independently pursue medical records from both Plaintiffs' providers. Plaintiff Josh Arredondo is

5    also considering a major surgical procedure, pending medical clearance testing scheduled on

6    October 30, 2024.  The parties have also agreed to a half day mediation scheduled for October 9,

7    2024. Defendants need to depose Plaintiffs, and Plaintiffs need to depose Defendants.

8    Obtaining Plaintiffs' medical records is necessary before Defendants can then evaluate when

9    to depose Plaintiffs.  Whether or not Plaintiff Josh proceeds with surgery also affects which damages

10   experts might be necessary for this case.  Presumably after expert disclosures there might also be

11   expert depositions.

12   **III.    Why the Remaining Discovery Could not be Completed**

13   The current discovery deadlines could not be met because the parties both needed additional

14   time to respond to written discovery, and Defendants did not receive HIPAA authorizations for

15   Plaintiffs until September 27, 2024.

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28

302759035v1
302759035v.1

1    ///

2    ///

3    **IV.    Proposed Schedule for Completing All Remaining Discovery**

|  | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Amending Pleadings and Adding Parties | October 1, 2024 | No Change |
| Initial Expert Disclosures & Interim Status Report | October 31, 2024 | December 30, 2024 |
| Rebuttal Expert Disclosures | December 2, 2024 | January 31, 2025 |
| Discovery Closes | December 30, 2024 | February 28, 2025 |
| Dispositive Motions | January 29, 2025 | March 28, 2025 |
| Pre-Trial Order, if no Dispositive Motions | February 28, 2025 | April 29, 2025 |

         Dated: October 1, 2024                  Dated: October 1, 2024

| WILSON ELSER<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP | DIMOPOULOS INJURY LAW |
|---|---|
| */s/ Kimberly A. Nelson*<br>Michael P. Lowry, Esq.<br>Nevada Bar No. 10666<br>Kimberly A. Nelson, Esq.<br>Nevada Bar No. 15295<br>Attorneys for Swift Transportation Co. of Arizona, LLC, and Mauricio Garcia Guerrero | */s/ Paul A. Shpirt*<br>Steve Dimopoulos, Esq.<br>Nevada Bar No. 12729<br>Paul A. Shpirt, Esq.<br>Nevada Bar No. 10441<br>Attorneys for Josh Arredondo and Martina Gomez De Arredondo |
| Dated: October 2, 2024 | It is so ordered.<br><br>_____<br>UNITED STATES MAGISTRATE JUDGE |

-3-