**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
KIMBERLY A. NELSON, ESQ.
Nevada Bar No. 15295
E-mail: Kimberly.Nelson@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Attorneys for Swift Transportation Co. of Arizona, LLC,
And Mauricio Garcia Guerrero

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Josh Arredondo, individually, and Martina Gomez De Arredondo, individually;<br><br>Plaintiffs<br><br>vs.<br><br>Mauricio Garcia Guerrero, individually; Swift Transportation Co. of Arizona, LLC dba Swift Leasing Co., LLC a foreign corporation; Doe Individuals 1-20, inclusive; and Roe Corporations 1-20, inclusive,<br><br>Defendants | Case No.: 2:24-cv-1211-CDS-BNW<br><br>**Stipulation and Order to Dismiss with Prejudice** |

The parties stipulate to dismiss with prejudice, each to bear their own fees and costs.

| | |
|---|---|
| Dated: December 10, 2024<br>**WILSON ELSER**<br><br>/s/ Kimberly A. Nelson<br>Michael P. Lowry, Esq.<br>Nevada Bar No. 10666<br>Kimberly A. Nelson, Esq.<br>Nevada Bar No. 15295<br>Attorneys for Swift Transportation Co. of Arizona, LLC, and Mauricio Garcia Guerrero | Dated: December 10, 2024<br>DIMOPOULOS INJURY LAW<br><br>/s/ Paul A. Shpirt<br>Steve Dimopoulos, Esq.<br>Nevada Bar No. 12729<br>Paul A. Shpirt, Esq.<br>Nevada Bar No. 10441<br>Attorneys for Josh Arredondo and Martina Gomez De Arredondo |

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
UNITED STATES DISTRICT JUDGE
Dated: December 12, 2024